424 A.2d 548

Menchefsky v. Menchefsky, Appellant.

 Submitted June 29,
1979. Joseph A. Zane, for appellant; Lester Krasno, for
appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.